| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cedarbaum,, Miriam G | 2. Court or Organization<br><br>US District Court -SDNY | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Court House<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Barnard College |
| 2. | Executor | E/O ███████████ |
| 3. | Trustee | Trust U/W/O ███████████ |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

2007 MAY 11 D 12: 01 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Davis Polk & Wardwell Pension | $ 9,769 |
| 2. 2006 | Museum of Modern Art Pension Trust-Pension | $ 1,746 |
| 3. 2006 | Carter Ledyard & Milburn LLP-Other income from spouse's former law partnership | $ 31,500 |
| 4. | | |
| 5. | | |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Carter, Ledyard & Milburn - Law Partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Bar Council 2006 Fall Bench and Bar Retreat | Oct. 27-29 2006- Lenox, MA, Moderator for program; "When Does Cooperation by Company Jeopardize the Rights of Employees?" (food and lodging) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. City Univ NY | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 2. Bank of New York Brokerage Cash Equivalents | | | | | Transferred | 7/31 | N | | See Note in Part VIII |
| 3. Fidelity IRA | E | Int./Div. | | | Transferred | 8/04 | P1 | | See Note in Part VIII |
| 4. -Ginnie Mae Mutual Fund | | | | | Sell | 8/04 | M | G | |
| 5. -Independence Fund | | | | | Sell | 8/04 | N | F | |
| 6. -Interim Government Income Fund | | | | | Sell | 8/04 | O | G | |
| 7. -Cash Reserves | | | | | Sell | 8/04 | N | | |
| 8. HSBC IRAS | C | Interest | L | T | | | | | |
| 9. Jamestown, NY | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 10. Metropolitan Trans Auth | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 11. Metropolitan Trans Auth | | | | | Transferred | 8/04 | M | | See Note in Part VIII |
| 12. Nassau County, NY Bonds | B | Interest | K | T | | | | | See Note in Part VIII |
| 13. City of New York Bonds | | | | | Transferred | 8/04 | M | | See Note in Part VIII |
| 14. New York State G. O. Bonds | C | Interest | L | T | | | | | |
| 15. NY NY Mun WTR Fin Auth | B | Interest | K | T | | | | | |
| 16. NY NY Mun WTR Fin Auth | B | Interest | K | T | | | | | |
| 17. NY NY Mun WTR Fin Auth | | | | | Transferred | 8/04 | K | | See Note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NYC Health & Hospital | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 19. NYC Transitional Fin Auth | A | Interest | | | Sell | 1/10 | K | | |
| 20. Port of Authority of NY & NJ | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 21. NY ST Housing Auth | | | | | Partial Sale | 2/09 | K | | See Note in Part VIII |
| 22. NY Dorm | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 23. NYS Twy Auth | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 24. Puerto Rico Commonwealth | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 25. William Floyd UN | | | | | Transferred | 8/04 | L | | See Note in Part VIII |
| 26. HSBC Deposit Accounts | D | Int./Div. | N | T | | | | | |
| 27. Bank of New York | A | Interest | | | Closed | | | | |
| 28. New York Trans Fin Auth | B | Interest | K | T | | | | | |
| 29. Michigan Clean Water Srf | B | Interest | | T | Sell | 2/10 | K | | |
| 30. NYS UDC PIT | B | Interest | K | T | | | | | |
| 31. Florida G. O. | A | Interest | | T | Sell | 3/13 | K | | |
| 32. NY Thruway Fuel TX MBIA | B | Interest | K | T | | | | | |
| 33. Long Island Pwr, NY | B | Interest | K | T | | | | | See Note in Part VIII |
| 34. NY Environ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY Envirnmntl PIT FGIC | B | Interest | K | T | | | | | |
| 36. NYS Thruway SVC CTRCT | B | Interest | K | T | | | | | |
| 37. NY UDC Per Inc TX FGIC | B | Interest | K | T | | | | | |
| 38. Virgin Island PFA Rum Tax | B | Interest | K | T | | | | | |
| 39. NY ST Thruway Svc CT | B | Interest | K | T | | | | | |
| 40. Mich Hosp Ascension Health | A | Interest | | T | Sell | 3/13 | J | | |
| 41. Houston, TX Combined Utility | B | Interest | | T | Sell | 3/13 | K | | |
| 42. Seacoast, FL Wtr. Swr. FGIC | B | Interest | | T | Sell | 3/13 | K | | |
| 43. New York TWY Fuel TX AMBAC | B | Interest | K | T | | | | | |
| 44. NY Dorm Mental Health FGIC | B | Interest | J | T | | | | | |
| 45. Indianapolis Ind Loc Pub Impt | B | Interest | K | T | Buy | 2/15 | K | | |
| 46. Brokerage # 1 - Trust UWO ███ | | | | | | | | | |
| 47. -Cash & Equivalents | B | Interest | L | T | Transferred | 8/04 | N | | See Note in Part VIII |
| 48. -RHJ International Common | A | Dividend | L | T | Buy | 11/09 | L | | |
| 49. -American Express Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 50. -Berkshire Hathaway Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 51. -Discovery Hldg Corp Common | A | Dividend | L | T | Buy | 9/28 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Onex Corp Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 53.   -City Univ NY | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 54.   -Jamestown, NY | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 55.   -Metropolitan Trans Auth | C | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 56.   -Metropolitan Trans Auth | D | Interest | M | T | Transferred | 8/04 | M | | See Note in Part VIII |
| 57.   -City of New York Bonds | D | Interest | M | T | Transferred | 8/04 | M | | See Note in Part VIII |
| 58.   -NY NY Mun WTR Fin Auth | B | Interest | K | T | Transferred | 8/04 | K | | See Note in Part VIII |
| 59.   -NYC Health & Hospital | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 60.   -Port of Authority of NY & NJ | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 61.   -NY ST Housing Auth | C | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 62.   -NY Dorm | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 63.   -NYS Twy Auth | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 64.   -Puerto Rico Commonwealth | C | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 65.   -William Floyd UN | B | Interest | L | T | Transferred | 8/04 | L | | See Note in Part VIII |
| 66.   First Manhattan Co. Rollover IRA | | | | | | | | | |
| 67.   -Cash & Equivalents | E | Int./Div. | P1 | T | Transferred | 8/4 | P1 | | See Note in Part VIII |
| 68.   -RHJ International Common | A | Dividend | L | T | Buy | 11/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Express Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 70. -Berkshire Hathaway Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 71. -Discovery Hldg Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 72. -Onex Corp Common | A | Dividend | L | T | Buy | 9/28 | L | | |
| 73. US Trust Account (X) | | None | J | T | | | | | |
| 74. Byram Hills NY Cent Sch Dist | B | Interest | K | T | Buy | 1/9 | L | | |
| 75. Byram Hills NY Cent Sch Dist | | | | | Sell | 9/28 | K | | |
| 76. Estate ▓▓▓▓▓ Cash & Equivalents | A | Dividend | K | T | Transferred | 7/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I) VII, page 5, line 11 - In prior year (line 10), Income should have been D and Value should have been M.

2) VII, page 5, line 12 - In prior year (line 11) Income should have been B and Value should have been K.

3) VII, page 6, line 33 - In prior year (line 35) Income should have been B.

4) VII, page 6, line 21 - Balance remaining after partial sale transferred to Trust UWO ██████ (page 8, line 61).

5) VII, pages 5 and 6, lines I, 9-11, 13, 17, 18, 20, 22-25 - Assets transferred to Trust UWO ██████ (page 8, lines 53-60, 62-65).

6) VII, pages 5, line 2 - Cash transferred to Trust UWO ██████ (page 7, line 47) and the Estate ██████ page 9, line 76).

7) VII, page 5, line 3 - Rolled over to First Manhattan IRA (page 9, line 67).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cedarbaum,, Miriam G | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu 　　　　　　　　　　　　　　　　 Date May 10, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544